# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0653

VERSUS

MURRY J. DUNCAN                                       **AUGUST 23, 2024**

---

In Re:     Murry J. Duncan, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 14-
           CR-125326.

---

**BEFORE:    GUIDRY, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect that the district court acted on the motion for production of documents on July 23, 2024.

**JMG**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT